### AMBOS *v.* PARSONS.

LITTLE, J. The evidence sustained the allegations of the plaintiff's petition, and was sufficient to authorize the verdict which was rendered. The charges complained of were adjusted to the issues raised by the pleadings. The requests to instruct the jury, as set out in the motion for a new trial, were properly refused ; and no error requiring the grant of a new trial was committed by the presiding judge.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,—Decided July 23, 1902.

Equitable petition. Before Judge Falligant. Chatham superior court. July 17, 1901.

*R. R. Richards,* for plaintiff in error. *D. C. Barrow,* contra.

---

### STEWART CONTRACTING COMPANY *v.* JENKINS.

FISH, J. Where a motion for a nonsuit was made and overruled and a mistrial followed, a bill of exceptions assigning no error except the refusal to grant a nonsuit can not be entertained by the Supreme Court. *Railroad Co.* v. *Denson,* 83 *Ga.* 267 ; *Railroad Co.* v. *Tennant,* 98 *Ga.* 156 ; *Jones* v. *Daniel,* 106 *Ga.* 853.

*Writ of error dismissed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,—Decided July 23, 1902.

*Osborne & Lawrence,* for plaintiff in error.
*Garrard & Meldrim,* contra.